Feb-07-08 10:23A USMS /VA, Alex warrants

AO 442 (Rev 6/96-EDVA) Warrant - Arrest

726385

# United States District Court
## EASTERN DISTRICT OF VIRGINIA

**WARRANT FOR ARREST**

**FILED**
FEB 08 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

Leon R. Mason

CASE NUMBER : P108043/EV66

08-070-M-01

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Leon R. Mason** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__ Indictment __ Information __ Complaint __ Order of Court _X_ Violation Notice __ Probation Violation Petition

charging him or her with (brief description of offense):

Operating After Suspension - Failure to appear 1-13-05.

In Violation of Title **36 CFR SEC 4.2 assim Code of VA 46.2-301**

RECEIVED U.S. MARSHALS
2005 JAN 13 P 2:58
E/D VA ALEXANDRIA

**The Honorable Theresa Carroll Buchanan**
Name of Issuing Officer

**United States Magistrate Judge**
Title of Issuing Officer

January 13, 2005
**401 Courthouse Square Alexandria, VA 22314**
Date and Location

_____
Signature of Issuing Officer
(By) Deputy Clerk

Bail fixed at $_____ by _____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 2/8/08 | Jessica Schiwitz | [signature] |
| Date of Arrest 2/8/08 | Deputy US Marshal | |

## United States District Court
### Violation Notice

| | | | |
|---|---|---|---|
| Date EV66 | Violation No. P108043 | Place Officer's Name MONAHAN | Officer No. 566 P |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date & Time of Offense | Offense Charged | | |
|---|---|---|---|
| 7/18/02 0230 | 36 CFR 4.2 301 | VA 46.2- | |

Place of Offense: N/B Key Bridge @ Rosslyn Circle

Offense Description: OPERATING AFTER SUSPENDED #01772862

| Defendant's Last Name MASON | First Name LEON |
|---|---|

| Vehicle Tag No. | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| | | | | R |

**YOUR COURT DATE**

A ☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.
___ I wish to terminate this matter by paying the collateral shown below, enclosed.
___ I plead not guilty and promise to appear as required.

Court Address: U.S. District Court, 401 Courthouse Sq, Alexandria, VA 22314

| Date 9-25-02 | Time 9 AM |

Delivered to (Place): VA

Physical Description:
| Sex M | Race B | Height 5'7" | Weight 190 | Hair Blk | Eyes Bro | (Circle One) Adult / Juvenile |

Weather Conditions: Clear
Light Conditions: Light

Original - CVB Copy

WHITTIN..... CLERK
CVB

---

### STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on July 18, 2002, while exercising my duties as a law enforcement officer in the Eastern District of Virginia, I effected a traffic stop for improper display of front tag. I contacted the driver, by WDC license as MASON. A check of his license via SPD computer revealed that his license was suspended in Virginia.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10-24-02  [signature] Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 12/4/02  [signature] U.S. Magistrate Judge